## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN

CARLOS ALBERTO ORTEGA VEGA,
and CRISTINA RAQUEL TEJADA
MAYORGA, AS NEXT FRIEND,

        Petitioners,

    vs.

LEONARD ODDO, IN HIS OFFICIAL
CAPACITY AS THE FACILITY
ADMINISTRATOR OF THE
MOSHANNON VALLEY
PROCESSING CENTER; MICHAEL T.
ROSE, ACTING FIELD OFFICE
DIRECTOR OF ENFOREMENT AND
REMOVAL OPERATIONS,
PHILADELPHIA FIELD OFFICE,
IMMIGRATION AND CUSTOMS
ENFORCEMENT; TODD LYONS, IN
HIS OFFICIAL CAPACITY AS
ACTING DIRECTOR U.S.
IMMIGRATIONS AND CUSTOMS
ENFORCEMENT; KRISTI NOEM, IN
HER OFFICIAL CAPACITY AS U.S.
SECRETARY OF HOMELAND
SECURITY; U.S. DEPARTMENT OF
HOMELAND SECURITY; U.S.
IMMIGRATIONS AND CUSTOMS
ENFORCEMENT; AND PAMELA
BONDI, U.S. ATTORNEY GENERAL;
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW AND THE
UNITED STATES ATTORNEY FOR
THE WESTERN DISTRICT OF
PENNSYLVANIA,

        Respondents.

Civil Action No. 3:26-cv-00002

Christopher B. Brown
United States Magistrate Judge

1

## NOTICE OF DEFICIENCY

**Christopher B. Brown, United States Magistrate Judge**

This matter is before the Court on the submission of a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241 by Cristina Raquel Tejada Mayorga ("Tejada Mayorga") as "next friend" for petitioner Carlos Alberto Ortega Vega ("Ortega Vega"), who is a non-citizen[1] that is presently detained in an immigration detention center located in the Western District of Pennsylvania.  ECF No. 1, ¶ 13.

Tejada Mayorga seeks to file the Petition as a "next friend" on Ortega Vega's behalf.[2]  The federal habeas statute requires that a petition for a writ of habeas corpus "shall be in writing signed and verified by the person for whose relief it is intended or someone acting in his behalf."  28 U.S.C. § 2242; *see also* Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts (applicable to § 2241 petitions through Rule 1(b) and requiring the petition to be signed under penalty of perjury or by a person authorized to sign it for the petitioner under § 2242).  In limited circumstances, persons unable to prosecute their own action may have third persons – "next friends" – stand in for them.  *See Whitmore v. Arkansas*, 495 U.S. 149, 161-62 (1990).

To qualify for "next friend" status, the third-party petitioner must satisfy two requirements:  (i) "First, a 'next friend' must provide an 'adequate explanation –

---

[1]     This Memorandum Opinion uses the term "noncitizen" as equivalent to the statutory term "alien." *See Nasrallah v. Barr*, 590 U.S. 573, 578 n.2 (2020).  *See* 8 U.S.C. § 1101(a)(3) ("[t]he term 'alien' means any person not a citizen or national of the United States.").

[2]     Attached to the Petition is a letter by Cristina R. Tejada Mayorga stating she is the wife of Carlos A. Ortega Vega.  ECF No. 1-6.

such as inaccessibility, mental incompetence, or other disability – why the real party in interest cannot appear on his own behalf to prosecute the action,'" *id.* at 163 (citations omitted); and (ii) "Second, the 'next friend' must be truly dedicated to the best interests of the person on whose behalf [she] seeks to litigate, and it has been further suggested that a 'next friend' must have some significant relationship with the real party in interest, *id.* at 163-64 (citations omitted). "The burden is on the 'next friend' clearly to establish the propriety of [her] status and thereby justify the jurisdiction of the court." *Id.* at 164 (citations omitted). "[N]ext friend" standing "'is by no means granted automatically to whomever seeks to pursue an action on behalf of another,' *id.* at 163, and next friend habeas petitions are 'rare.'" *Dyer by and through Dyer v. Warden of S. Woods State Prison*, No. 25-14807, 2025 WL 2783868, at *2 (D.N.J. Sept. 30, 2025) (citing *Figueroa v. Rivera*, 147 F.3d 77, 82 (1st Cir. 1998)).

The Court assumes a wife has a genuine interest in her husband's wellbeing, but Tejada Mayorga has provided no basis or reasoning for pleading in place of Ortega Vega. Although Ortega Vega is in immigration detention, nothing in the current record shows that he lacks access to the Court, is incapable, or is otherwise incompetent to file a petition on his own behalf. *See Xu on behalf of Chen v. U.S. Immigr. & Customs Enf't*, No. 3:24-cv-294, 2025 WL 1640706, at *2 (W.D. Pa. Apr. 21, 2025) (finding that proposed next friend provided "no basis or reasoning for pleading in place of [an immigration detainee]"). Therefore, Tejada Mayorga has not satisfied both requirements for "next friend" standing.

Furthermore, the Court of Appeals for the Third Circuit has held that a "non-attorney cannot represent another party, even if acting as a next friend." *Schlemmer v. Cent. Intel. Agency*, 804 F. App'x 127, 128 (3d Cir. 2020); *see also Bush v. Goodall*, 732 F. App'x 135, 137 (3d Cir. 2018) (explaining "next friend" standing – with an attorney – is proper where the applicant has a significant relationship with the real party in interest and is dedicated to the best interests of the real party). Accordingly, as a layperson, Tejada Mayorga, cannot litigate this case as next friend without retaining an attorney.

For all these reasons, on or before **January 20, 2026**, Tejada Mayorga must provide the Court with a basis or justification showing that she qualifies for "next friend" status and is a licensed attorney admitted to practice before this Court. Alternatively, on or before **January 20, 2026**, Ortega Vega may resubmit the Petition with his signature indicating his desire to prosecute this case pro se, at which time Tejada Mayorga will be terminated from the docket.

Failure to comply with the Order will result in the undersigned recommending this case be dismissed preservice as Tejada Mayorga is not qualified and/or licensed to file a habeas petition on behalf of another person. An order dismissing this case will not affect the legal right of Ortega Vega to bring an action either pro se or by counsel.

So **ORDERED** this 6th day of January, 2026.


BY THE COURT:

s/Christopher B. Brown
Christopher B. Brown
United States Magistrate Judge


cc:   **CARLOS ALBERTO ORTEGA VEGA**
A-249305856
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866

**CRISTINA RAQUEL TEJADA MAYORGA**
14818 Archer Avenue
Jamaica, NY 11435